IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EMMANUEL T. EREME,                           *
                    Plaintiff

                                             *

          v.                                          Civil Action No. PJM-07-613

                                             *

WALTER STAPLES, et al.,
                    Defendants               *

                                      ******

## MEMORANDUM OPINION

In this 42 U.S.C. § 1983 action, Plaintiff alleges that his constitutional rights were violated

by Defendants who allegedly conducted an illegal investigation of his pharmacy, resulting in his

wrongful conviction in this Court.  Paper No. 1.  Because he appears indigent, Plaintiff shall be

granted leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(a).  For the reasons set

forth below, the Court concludes that dismissal is appropriate.

A plaintiff who seeks to recover damages under § 1983 for actions whose unlawfulness

would render a conviction or sentence invalid must first prove that the conviction or sentence has

been reversed, expunged, invalidated, or otherwise called into question.  *See Hick v. Humphrey,* 512

U.S. 477, 486 -87 and nn. 6-8 (1994).  Plaintiff has failed to demonstrate that his conviction has been

reversed, expunged or invalidated.[1]

Additionally,  under the Eleventh Amendment to the United States Constitution, a state, its

agencies and departments are immune from suits in federal court brought by its citizens or the

citizens of another state, unless it consents.  *See Penhurst State School and Hospital v. Halderman*,

465 U. S. 89, 100 (1984).  While the State of Maryland has waived its sovereign immunity for

---

[1]To the extent Plaintiff claims that he received ineffective assistance of counsel during his trial or that his constitutional rights were violated during those proceedings, he is free to file a Motion to Vacate pursuant to 28 U.S.C.§ 2255.

certain types of cases brought in State courts, *see* Md. State Gov't Code Ann., § 12-202(a), it has not

waived its immunity under the Eleventh Amendment to suit in federal court.   Thus, Plaintiff's

complaint against the Maryland Department of Juvenile Justice, Maryland Board of Pharmacy,

Maryland Division of Drug Control, and Maryland Department of Health and Mental Hygiene is

barred by the Eleventh Amendment.

      In light of the foregoing, this case shall be dismissed.   A separate Order follows.


/s/
_____
ROGER W. TITUS
FOR
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

May 16, 2007

2